NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES D. DONOVAN, as personal )
representative of the Estate of Patricia H. )
Donovan, )
                       )
         Petitioner, )
                       )
v. )      Case No. 2D18-4050
                       )
KENDRA OYEN, as personal )
representative of the Estate of Timothy J. )
Donovan, )
                       )
         Respondent. )
_____ )

Opinion filed April 17, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Sarasota County; Charles E.
Williams, Judge.

Susan J. Silverman, Sarasota for Petitioner.

Sean M. Byrne of Bach, Jacobs & Byrne,
P.A., Sarasota, for Respondent.


PER CURIAM.


         Denied.



LaROSE, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.